JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 26-3136 JGB (MARx)** | Date | October 8, 2026 |
| Title | ***Sarah Ruth Remson v. County of San Bernardino, et al.*** | | |

| | |
|---|---|
| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| MAYNOR GALVEZ | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: Order (1) DISMISSING Matter for Failure to Pay Filing Fee or File Amended Request to Proceed Without Prepayment (IN CHAMBERS)**

On June 8, 2026, Plaintiff Sarah Ruth Remson filed her complaint and a request to proceed in forma pauperis. (Dkt. Nos. 1,3.) On June 30, 2026, the Court denied the in forma pauperis request and ordered Plaintiff to pay the filing fee or file an amended request to proceed in forma pauperis and file a first amended complaint. (Dkt. No. 7.) Plaintiff filed her first amended complaint on August 5, 2026. (Dkt. No. 8). However, Plaintiff has failed to pay the filing fee or file an amended request to proceed without prepayment, and 30 days have now elapsed. As such, Plaintiff's petition is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close the case.

**IT IS SO ORDERED.**